**Exhibit A to the Complaint**

**Location:** Newark, NJ  
**Total Works Infringed:** 48

**IP Address:** 100.35.116.66  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C  File Hash: 6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 05-29-2021 10:58:28 | Blacked Raw | 02-11-2018 | 03-02-2018 | PA0002104740 |
| 2 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391  File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 05-18-2021 13:57:25 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 3 | Info Hash: 2C70F89B75ADFD345928B5439A5CAC9B5C544878  File Hash: C062B003EF1616BD8391F0904F358A200082DDA89F717B1F99E731873DA1BAA2 | 05-18-2021 13:51:18 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 4 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07  File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 05-18-2021 13:48:41 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 5 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C  File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 05-16-2021 18:14:55 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 6 | Info Hash: FE1B5290193A13F3642F1D6FD536BF6E313D0FF6  File Hash: 66FFB9A362465AB618B6925BE3B0450E0F148A32D0FAD2BF9FFE8253636584C2 | 05-10-2021 13:37:23 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 7 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27  File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 05-02-2021 12:13:25 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 8 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835  File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 05-02-2021 12:12:54 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A054BDA120FDE91C4F0D50750C6E38543EDAFF39<br>File Hash: 1B57F547B37F81ECCF645C4021D6DD5850AEFD0B1AA4A4FF4FB47A4EAB48A12F | 03-26-2021 14:29:52 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 10 | Info Hash: 7EE83E4C760B6740D26B1695F6723039A7D97952<br>File Hash: D865F55231B9415F4D2B8D03D69CAFE100F0D737CA26A0426A337C72BB8643C3 | 03-23-2021 17:46:27 | Tushy | 06-10-2017 | 07-07-2017 | PA0002074096 |
| 11 | Info Hash: 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B<br>File Hash: 5CF9341843FB7AE8329D6419CA95220B72F483EEB3AF4B0204545DE2B0D63900 | 03-23-2021 13:30:19 | Blacked | 11-06-2017 | 11-27-2017 | PA0002097974 |
| 12 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 03-23-2021 13:23:02 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 13 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 03-23-2021 13:19:20 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 14 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9<br>File Hash: 32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 03-23-2021 13:16:51 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 15 | Info Hash: 8FFE838B0D45144E7F982179B0433679772F10A9<br>File Hash: 624A54B37C805CB3364DBF562699B1C7D382AE87EF97881B8DE92A8966614612 | 03-23-2021 13:08:46 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 16 | Info Hash: 5F686E0618BE3E4B271B6D69151098DC11B29F45<br>File Hash: CE89D3CAB34C7A0CE0E491E0F63EE4A94CD12EB47768D364C0CF318BC5C29499 | 02-27-2021 17:00:47 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 17 | Info Hash: 866ED08FAA30A005479E7691EE82140D1B4C8592<br>File Hash: AA2912896C18FA2955A26EE8C7F058CBDB7BEA61524FE3480F75CC7F58C4B7C6 | 02-17-2021 19:26:25 | Vixen | 12-05-2018 | 12-18-2018 | PA0002141920 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 02-17-2021 19:19:44 | Blacked | 06-29-2018 | 07-26-2018 | PA0002112160 |
| 19 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 02-10-2021 17:58:35 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 20 | Info Hash: 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7<br>File Hash: 358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 01-22-2021 15:11:53 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 21 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 01-14-2021 16:36:45 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 22 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 01-14-2021 16:35:21 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 23 | Info Hash: 2FC66E51857A30929D373BE21B8CD1C0FC6B76A1<br>File Hash: 37960984BE2C789293DB422AC4FEFC69EB7CCAC1357CF00794A88F7B208E6BD2 | 01-12-2021 14:49:22 | Blacked | 03-16-2019 | 04-17-2019 | PA0002186980 |
| 24 | Info Hash: 343F820F5B838AB308F9AD8CE09C2D0380FF0083<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 01-11-2021 13:53:48 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 25 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 01-09-2021 15:46:32 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 26 | Info Hash: EFA937808F0ED58A57B5B7902F86CC46FFEF4A88<br>File Hash: B1ACA1BB3FF18B56DD4E28B45C13CEF7155C393C134B08F2317639FEF5A59520 | 01-09-2021 15:42:04 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-09-2021 15:37:23 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 28 | Info Hash: F3D4D2BA3F7C9DB5E751343237B5C323D5202A8A<br>File Hash: 932CAD793217FBA3E070305DD1F146DAC984F9D642FFDEAF144527040F11B8D9 | 01-07-2021 15:43:57 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 29 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 11-28-2020 08:36:32 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 30 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 11-27-2020 15:21:16 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 31 | Info Hash: AA99615AE6C723CB3050DAC4D48D914E6D5CC02F<br>File Hash: D4777437331085D9F83529F722265DFAD5117630DB84AAE1C0850A6A96FB67CA | 11-16-2020 14:14:41 | Blacked Raw | 05-17-2018 | 06-19-2018 | PA0002126644 |
| 32 | Info Hash: 3D6417380243CB23F0AF15982571F8C8B9F61CDD<br>File Hash: 429FE0C66A46BB5D6AB040B51F3952BC167E688D11D4EDF4F5633849F239BAFE | 11-16-2020 14:13:37 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 33 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 11-10-2020 14:34:01 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 34 | Info Hash: C4705CDBE06284FCCC4E7C0AFA85554E5CE10645<br>File Hash: 38CC20179FAA7E2EEEDD06E0F252EBF10C635BDF2F21540B6C96D0A18253BB10 | 10-12-2020 13:17:43 | Tushy | 04-06-2018 | 06-19-2018 | PA0002126674 |
| 35 | Info Hash: 89016206D80C924D047846A2A9DD4912A592F63C<br>File Hash: 2B5903DE34F121905C56E7D0465FDD8249D61FE160D063D59B3046C23F738F9A | 09-25-2020 15:25:06 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 727F6E19B5AC2BC3690A251B3B14906538E75F26<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 09-25-2020 14:58:27 | Blacked | 02-09-2020 | 03-18-2020 | PA0002241446 |
| 37 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash: C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 09-17-2020 16:07:04 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 38 | Info Hash: 75AAFCC83F053540C564E26015234507AD59D40E<br>File Hash: 31D0D3686F31F8D213A5D9C8B5727BCE8463A4B28685D2EB05DD71F82B5B2DF4 | 09-08-2020 19:02:26 | Blacked | 09-17-2019 | 09-25-2019 | PA0002203161 |
| 39 | Info Hash: 42FB29936F0773461AB894640E5895EE9B843742<br>File Hash: EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 09-08-2020 13:13:05 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |
| 40 | Info Hash: C20D8CE638A46CD39FA65004C565F7F85846691D<br>File Hash: EA5B48145CBAF733479368D9256BC9D6AA8EC5702C56014718B4A1CBA7E39563 | 09-08-2020 12:46:46 | Blacked Raw | 03-28-2019 | 05-28-2019 | PA0002200777 |
| 41 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 08-20-2020 13:34:28 | Blacked | 03-21-2018 | 04-12-2018 | PA0002091520 |
| 42 | Info Hash: 5A425FDB7FFB5049E12D808FDDA461C2F7407B34<br>File Hash: DF4B0D288618658DC49EB26217CF1544419BC25A96680CB513E8090162FC6E52 | 08-19-2020 13:54:24 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 43 | Info Hash: 30219F5EF1E4B77DB42BCC64543DF5B1AE98239E<br>File Hash: 754328AD4A4BC4F60A62464516F3E471E5A3E5CC77E924F967655D5A593B23D0 | 08-19-2020 13:01:58 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 44 | Info Hash: 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE<br>File Hash: 9BE67B021A11DC3292BCE207B18A2311A31D90B10A04F549569DC1E091AE7C9A | 08-17-2020 12:26:34 | Blacked Raw | 10-24-2018 | 11-25-2018 | PA0002137640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 6C38232F41EA64DAA5575DD592D16021BEEE98A2<br>File Hash: 52B6F5E4395B792AF8568C229C3F22FD6EAE978F7A3F0C55B21C0ED0216A95D3 | 08-17-2020 12:23:56 | Blacked | 05-24-2018 | 07-14-2018 | PA0002128376 |
| 46 | Info Hash: 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400<br>File Hash: 3907F5F1B4D7BDF3C32081D6DFECFDA0FFC5A500A4853B1F1B0294CA71241F2B | 08-17-2020 12:19:50 | Blacked Raw | 04-12-2018 | 06-18-2018 | PA0002126637 |
| 47 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 08-04-2020 15:55:30 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 48 | Info Hash: 30DC22BC455A78E942932BA6A8F7F46B52A3599A<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 07-31-2020 13:53:13 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |