**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:   John C. Atkin, Esq.
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 100.35.116.66,<br><br>            Defendant. | Civil Action No. _____<br><br>**L. Civ. R. 7.1.1**<br>**DISCLOSURE STATEMENT** |

PLEASE TAKE NOTICE, pursuant to L. Civ. R. 7.1.1, that no person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

DATED: July 7, 2021                   Respectfully submitted,

                    */s/ John C. Atkin, Esq.*
                    JOHN C. ATKIN

1